UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   2:25-cv-03998-SSC                                        Date: July 2, 2025

Title      Mercedes Mira, et al. v. Nissan North America, Inc., et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|  Teagan Snyder  |  n/a  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order Remanding Case per Stipulation of the Parties (ECF 13) and Denying Plaintiffs' Motion to Remand as Moot (ECF 9)**

    Plaintiffs initially filed this action in Los Angeles County Superior Court on March 26, 2025. (ECF 1-1.) On May 5, 2025, Defendant removed this action to federal court on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332. (ECF 1.)

    On June 4, 2025, Plaintiffs filed a motion to remand, contending that the notice of removal was untimely. (ECF 9.) Defendants did not file an opposition to the remand motion. Instead the parties filed a stipulation to remand the case. (ECF 13.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:25-cv-03998-SSC                                       Date: July 2, 2025

Title    Mercedes Mira, et al. v. Nissan North America, Inc., et al.

    Based on the parties' stipulation, the Court ORDERS this matter remanded to the Superior Court of the State of California, County of Los Angeles for all future proceedings. Plaintiffs' separate motion to remand (ECF 9) is therefore DENIED as moot.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | **ts** |